IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01158-CBS-MJW

JEFFREY A. BOOMHOWER,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a corporation f/k/a
Burlington Northern Santa Fe Railroad Company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' BNSF Railway Company's Unopposed Motion to Vacate and Continue Final Pretrial Conference Scheduled for May 9, 2008 is **GRANTED**. However, the court would like to meet with parties at the time originally set for the conference. Accordingly, it is

    ORDERED that the final pretrial conference set for **May 9, 2008 at 10:45 a.m.** is CONVERTED into a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are relieved of their obligation to prepare and submit a proposed final pretrial order.

**DATED:**    April 25, 2008