**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01158-CBS-MJW** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 27, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| JEFFREY A. BOOMHOWER, | John J. Rossi |
| | Gregory E. Kuderer |
| **Plaintiff,** | |
| v. | |
| BNSF RAILWAY COMPANY, | Lance G. Eberhart |
| a corporation f/k/a Burlington Norther Santa Fe | Walter J. Downing |
| Railroad Company, | |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**Trial to Jury:** DAY ONE
**Court in Session:** 8:35 a.m.

Court calls case. Appearances of counsel. Plaintiff, Jeffrey A. Boomhower, and S. Casey Turnbull, a representative for BNSF Railway Company, are also present in the courtroom.

Counsel present arguments and discuss with the court the motions pending before the court.

**ORDERED:** Plaintiff's Motion in Limine to Exclude any Reference to Alcohol or Drug Use by Plaintiff [filed September 22, 2008; doc. 56] is denied without prejudice.

**ORDERED:** Plaintiff's Motion in Limine to Exclude any Reference to Railroad Retirement Board Benefits [filed September 22, 2008; doc. 57] is granted for the reasons stated on the record.

**ORDERED:** Defendant's Motion for Credits [filed September 29, 2008; doc. 61] is granted for the reasons stated on the record.

**ORDERED:** The Motion in Limine Regarding Various Evidentiary Issues [filed September 29, 2008; doc. 62] is granted in part and denied in part consistent with the discussion on the record.

**ORDERED:** Defendant's Motion in Limine Regarding Subsequent Remedial Measures [filed September 29, 2008; doc. 63] **is granted for the reasons stated on the record.**

**ORDERED:** Defendant's Motion in Limine Regarding Proposed Lay Witness Expert Testimony [filed September 30, 2008; doc. 64] **is granted in part and denied in part consistent with the discussion on the record.**

The stipulated exhibits are identified and discussed.

**Plaintiff's stipulated exhibits 1, 2, 38, 39, 40, 41, 42, 43, 44, and 46 are tendered and received by the court.**

**Defendant's stipulated exhibits A, D, E, G, H, I, J, K, L, M, and N are tendered and received by the court.**

**Plaintiff's exhibit 48 is struck.**

**Court in recess:** 9:12 a.m.
**Court in session:** 9:33 a.m.

The court makes its opening remarks.

The civil voir dire oath is administered to the jurors.

Fourteen jurors are called to the juror box.

Voir dire by the court, plaintiff's counsel, and defendant's counsel.

Plaintiff's counsel challenges for cause juror no. 44036, and the court denies the challenge.

Plaintiff peremptorily challenges: Juror Nos. 44036, 20737, and 41489.

Defendant peremptorily challenges: Juror Nos. 50709, 30129, and 25249.

Eight jurors sworn to try the case: Juror Nos. 59721, 35199, 60275, 36852, 50912, 27228, 45609, and 37344.

Court's preliminary instructions to jury.

**Court in recess:** 11:52 a.m.
**Court in session:** 1:17 p.m.

1:20 p.m.     Opening statement by Mr. Rossi.

1:39 p.m.   Opening statement by Mr. Eberhart.

Plaintiff, Jeffrey A. Boomhower, sworn.

1:54 p.m.   Direct examination of Mr. Boomhower by Mr. Rossi.

**Court in recess:   3:15 p.m.**
**Court in session:  3:35 p.m.**

Jury not present.

Counsel and the court discuss whether Dr. Turner will appear in court to testify.

The court questions whether Dr. Turner may appear by deposition given the fact that he apparently resides less than 100 miles from the U.S. District Court, and there are no facts to suggest that he is unavailable for purposes of Rule 804.  Plaintiff's counsel may provide authority to support their view that Dr. Turner may appear by deposition.

Jury present.

3:46 p.m.   Continued direct examination of Mr. Boomhower by Mr. Rossi.

4:34 p.m.   Cross examination of Mr. Boomhower by Mr. Eberhart.

Jurors excused for evening recess:   5:00 p.m.

Further discussion regarding Dr. Turner's appearance.

**Court in recess:   5:17 p.m.**
Total time in court:   06:36

TRIAL CONTINUED.