IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01158-CBS-MJW

JEFFREY A. BOOMHOWER,

**Plaintiff,**

v.

BNSF RAILWAY COMPANY,
a corporation f/k/a Burlington Northern Santa Fe
Railroad Company,

**Defendant.**

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 31st day of October, 2008.

BY THE COURT:

_____
Magistrate Judge Craig B. Shaffer

APPROVED AS TO FORM:

_____   _____
ATTORNEY FOR PLAINTIFF            ATTORNEY FOR DEFENDANT